**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20352 Bloom(s)**

**UNITED STATES OF AMERICA**

**vs.**

**JOHNNY MATTHEW BATTLE, JR,**

**Defendant.**
_______________________________________/

**GOVERNMENT'S RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. As of this date the United States has made six (6) productions which contain the following:

**SDO 1: USA_0001 –00909 (August 31, 2022).**

- 1. Battle, Johnny Matthew
- 2. Bank Records
- 3. Generated ROIs 764020-22-0041
- 4. ROIs 764085-20-0034
- 5. subpoena
- 6. Traces of UC Purchases
- 7. Jail Call Requests (-592)
- 8. SW Phone
- 9. SW 8.10.22
- 10. ATF Interview (-687)
- 11. Controlled Purchases

**SDO 2: USA_00910-01558 (March 17, 2023).**

- 12. SDO-2 4473s (910-1290)
- 13. Bills of Sales from Search of House (1291-1326)
- 15. Reports.Receipts (1332-1482)
- 16. Wage & Hour (1483-1486)
- 17. Expert Materials (1488-1489)
- 18. Pollock - Battle Controlled Call (1490)
- 19. text messages from iCloud (1491-1502, 1559-1682)
- 20. E-traces (1503-1558)

**SDO 3: USA_01559-01714 (June 6, 2023).**

- 21. ROIs (1559-1651)
- 22. Supp ATF report (1652-1670, 1711)
- 23. Add. Bus records certs (1671-1710)
- 24. Icloud Extractions (1712-1714)

**SDO 4: USA_01715-02077 (June 28, 2023).**

- 26. Additional 4473s (1715-1746)
- 27. Business Record Certs (1747-1754)
- 28. Certified W&H (1755-1757)
- 29. Transcriptions (1758-1800)
- 30. Wayne Moser Photos (1801-1808)
- 31. MS referral (1809-1837) - Redacted
- 32. T-Mobile Subpoena (1838-1876)
- 33. Text Message Chains (1877-1883)
- 34. Expert Resumes (1884-1889)
- 35. DOCUMENTS from ICloud (1890-1969)
- 36. BATTLE, Johnny Matthew (1970-2074)
- 37. Additional Materials (2075-2077)

**SDO 5: USA_02078-09527 (July 7, 2023).**

- 38. Additional TEXT Messages (2078-2122)
- 39. License Check (2123-2127)
- 40. Till Sheffield (2128-2139)
- 41. Bound Books (2140-9467)
- 42. Additional Materials (9468-9527)

**iCloud Production (August 22, 2022)**

On Friday July 29, 2022, Apple Inc. ("Apple") provided a response to a warrant for the contents of an iCloud account associated with the Defendant by way of a download link. On, August 22, 2022, shortly after the initial appearance, the undersigned forwarded to AFPD Stewart Abrams the original download link so that the Federal Public Defender's Office could download the materials directly from Apple. In the transmittal email to AFPD Stewart Abrams, the undersigned advised that the original link from Apple would only be active for approximately one more week and the Federal Public Defender's Office should begin downloading the voluminous response immediately. Since then, the undersigned has made arrangements for duplicates of the Apple search warrant return to be produced to AFPD Julie Holt and CJA counsel Patrick S. Dray.

Please contact the undersigned Assistant United States Attorney if any portion of these discovery productions appear to be missing. Counsel for the defendant may inspect any item of tangible evidence reflected in the discovery, any item of evidence that was seized from your client, and any item that the United States intends to offer in its case-in-chief, with reasonable notice, at the Bureau of Alcohol, Tobacco, Firearms and Explosives. Please be advised that the United States seized booklets during the search of the Defendant's premises, which are voluminous and difficult to scan, in addition to numerous firearms.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, the government hereby requests all reciprocal discovery it is entitled to under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: */s/ Hayden P. O'Byrne*
Hayden P. O'Byrne
Assistant United States Attorney
Florida Bar No. 60024
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9447
Hayden.obyrne@usdoj.gov