**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20352 Bloom(s)**

**UNITED STATES OF AMERICA**

**vs.**

**JOHNNY MATTHEW BATTLE, JR,**

**Defendant.**
_________________________________/

**GOVERNMENT'S RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. As of this date the United States has made this Production (SDO-6) which contains the following:

| | | |
|---|---|---|
| 43. Lou's Police 4473 (9528-9559) | 7/10/2023 4:31 PM | File folder |
| 44. Business Records Certs (9560-9563) | 7/11/2023 2:09 PM | File folder |
| 45. Reproduced - Miami Guns Surveilance (9564-9568) | 7/11/2023 2:25 PM | File folder |
| 46. Expert CV (9569-9570) | 7/12/2023 12:47 PM | File folder |
| 47. Video of Glock Switch (9571) | 7/12/2023 3:29 PM | File folder |
| 48. T[redacted] [redacted](9572-9584) | 7/12/2023 4:36 PM | File folder |
| 49. General Pawn - Certified Gov records (9585-9723) | 7/12/2023 4:36 PM | File folder |
| 50. Additional Materials (9724-9742) | 7/12/2023 4:39 PM | File folder |

Please contact the undersigned Assistant United States Attorney if any portion of these discovery productions appear to be missing. Counsel for the defendant may inspect any item of tangible evidence reflected in the discovery, any item of evidence that was seized from your client, and any item that the United States intends to offer in its case-in-chief, with reasonable notice, at the Bureau of Alcohol, Tobacco, Firearms and Explosives. Please be advised that the United States seized booklets during the search of the Defendant's premises, which are voluminous and difficult to scan, in addition to numerous firearms.

The government is aware of its continuing duty to disclose such newly discovered

additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, the government hereby requests all reciprocal discovery it is entitled to under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: */s/ Hayden P. O'Byrne*

Hayden P. O'Byrne
Assistant United States Attorney
Florida Bar No. 60024
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9447
Hayden.obyrne@usdoj.gov