**UNITED STATES DISTRICT COURT**
**SOURTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA
vs.

**<u>Witness and Exhibit List</u>**

JOHNNY MATTHEW BATTLE, JR.,

Case No. 22-CR-20352-BLOOM

Defendant.

| Presiding Judge:<br>Honorable Judge Beth Bloom | | | | | AUSAs:<br>Ignacio Vazquez<br>Hayden P. O'Byrne | Defendant's Attorney:<br>Simon Patrick Dray |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Elizabeth Gariazzo |
| 1. | | | | | Wayne Moser, ATF Firearms Enforcement Officer | |
| 2. | | | | | Imtiaz Baksh, ATF Gun Crime Intelligence Center | |
| 3. | | | | | Matt Klein, ATF Industry Operations | |
| 4. | | | | | Pedro Bigorra, ATF Special Agent | |
| 5. | | | | | Luis Arias, ATF Special Agent | |
| 6. | | | | | Javier Pino, ATF Special Agent | |
| 7. | | | | | John Lustig, ATF Special Agent | |
| 8. | | | | | Robert Thompson, City of Miami Police Department | |
| 9. | | | | | Marlene Shedd, ATF Analyst | |
| 10. | | | | | Ruddens Cherrelus, City of Miami Police Department | |
| 11. | | | | | Kenneth Brookins, Broward Sheriff's Office | |
| 12. | | | | | Bernard Issary, CSC Guns | |
| | | | | | | |
| 1. | | | | | USA 700 – Johnny Battle Call 1 3/2/2022 @ 12:34 | |
| 1T. | | | | | Transcript of Johnny Battle Call 1 3/2/2022 @ 12:34 | |
| 2. | | | | | USA 701 – Johnny Battle Call 2 3/2/2022 @ 12:57 | |
| 2T. | | | | | Transcript of Johnny Battle Call 2 3/2/2022 @ 12:57 | |
| 3. | | | | | USA 702 – Johnny Battle Call 3 3/2/2022 @ 14:53 | |
| 3T. | | | | | Transcript of Johnny Battle Call 3 3/2/2022 @ 14:53 | |
| 7. | | | | | USA 706 – Johnny Battle Call 7 3/7/2022 @21:13 | |
| 7T. | | | | | Transcript of Johnny Battle Call 7 3/7/2022 @21:13 | |
| 8. | | | | | USA 707– Johnny Battle Call 8 3/8/2022 @ 12:49 | |
| 8T | | | | | Transcript of Johnny Battle Call 8 3/8/2022 @ 12:49 | |
| 9. | | | | | USA 708 – Johnny Battle Call 9 3/8/2022 @ 13:39 | |
| 9T. | | | | | Transcript of Johnny Battle Call 9 3/8/2022 @ 13:39 | |
| 10. | | | | | USA 709 – Johnny Battle Call 10 3/9/2022 @ 10:26 | |
| 10T. | | | | | Transcript of Johnny Battle Call 10 3/9/2022 @ 10:26 | |
| 11. | | | | | USA 710 – Johnny Battle Call 113/9/2022 @ 11:01 | |

| Presiding Judge:<br>Honorable Judge Beth Bloom | | | | | AUSAs:<br>Ignacio Vazquez<br>Hayden P. O'Byrne | Defendant's Attorney:<br>Simon Patrick Dray |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Elizabeth Gariazzo |
| 11T. | | | | | Transcript of Johnny Battle Call 11 3/9/2022 @ 11:01 | |
| 12. | | | | | USA 711 – Johnny Battle Call 12 3/9/2022 @ 11:57 | |
| 12T. | | | | | Transcript of Johnny Battle Call 12 3/9/2022 @ 11:57 | |
| 13. | | | | | USA 874 – Johnny Battle Call 13 3/13/2022 @19:27 | |
| 13T. | | | | | Transcript of Johnny Battle Call 13 3/13/2022 @19:27 | |
| 14. | | | | | USA 875 – Johnny Battle Call 14 3/16/2022 @ 19:31 | |
| 14T. | | | | | Transcript of Johnny Battle Call 14 3/16/2022 @ 19:31 | |
| 15. | | | | | USA 876– Johnny Battle Call 15 3/23/2022 @ 11:17 | |
| 15T. | | | | | Transcript of Johnny Battle Call 15 3/23/2022 @ 11:17 | |
| 16. | | | | | USA 877 – Johnny Battle Call 16 2/4/2022 @ 15:11 | |
| 16T. | | | | | Transcript of Johnny Battle Call 16 2/4/2022 @ 15:11 | |
| 17. | | | | | USA 878 – Johnny Battle Call 17 4/5/2022 @ 14:47 | |
| 17T | | | | | Transcript of Johnny Battle Call 17 4/5/2022 @ 14:47 | |
| 20. | | | | | USA 887 – Johnny Battle Call 20 4/26/2022 @ 13:15 | |
| 20T. | | | | | Transcript of Johnny Battle Call 20 4/26/2022 @ 13:15 | |
| 22. | | | | | USA 889 – Johnny Battle Call 22 @ 12:13 | |
| 22T. | | | | | Transcript of Johnny Battle Call 22 @ 12:13 | |
| 23. | | | | | USA 890 – Johnny Battle Call 23 5/2/2023 @ 19:46 | |
| 23T. | | | | | Transcript of Johnny Battle Call 23 5/2/2023 @ 19:46 | |
| 25. | | | | | USA 892 – Johnny Battle Call 25 5/3/2022 @ 10:50 | |
| 25T. | | | | | Transcript of Johnny Battle Call 25 5/3/2022 @ 10:50 | |
| 26. | | | | | USA 893– Johnny Battle Call 26 | |
| 26T. | | | | | Transcript of Johnny Battle Call 26 | |
| 27. | | | | | USA 894– Johnny Battle Call 27 | |
| 27. | | | | | Transcript of Johnny Battle Call 27 | |
| 28. | | | | | USA 909 – Johnny Battle Call 28 5/4/2022 @ 18:36 | |
| 28T. | | | | | Transcript of Johnny Battle Call 28 5/4/2022 @ 18:36 | |
| 30. | | | | | USA 908 – Johnny Battle Call 30 7/7/2022 @ 22:56 | |
| 30T. | | | | | Transcript of Johnny Battle Call 30 7/7/2022 @ 22:56 | |
| 31A. | | | | | Video: Camaro Arrives_Miami Police Depo_USA_9564_ ch04_20220309121714.mp4 | |
| 31B. | | | | | Video: Battle to UC_Miami Police Depo_USA_9565_Miaimi Police Depo ch04_20220309122207.mp4 | |
| 31C. | | | | | Video: Battle to Miami Police Depo_USA_9566_Miaim Police Depo ch04_20220309122302.mp4 | |
| 31D. | | | | | Video: Battle receives Guns_USA_9567_Miaim Police Depo ch04_20220309122831.mp4 | |

| Presiding Judge:<br>Honorable Judge Beth Bloom | | | | | AUSAs:<br>Ignacio Vazquez<br>Hayden P. O'Byrne | Defendant's Attorney:<br>Simon Patrick Dray |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Elizabeth Gariazzo |
| 31E. | | | | | Video: Battle drives away_USA_9568_Miaim Police Depo ch04_20220309123253.mp4 | |
| 32A. | | | | | Video: Battle goes to range USA_730_Miaim Police Depo ch01_20220309121625.mp4 | |
| 32B | | | | | Video: USA_731_Miami Police Depo ch01_20220309123003.mp4 | |
| 32C | | | | | Video: Battle goes back to range USA_732_Miaim Police Depo ch01_20220309123534.mp4 | |
| 32D | | | | | Video: Front desk view USA_772_Miaim Police Depo ch03_20220309123338.mp4 | |
| 32E | | | | | Video: Battle goes in Miami Police Depo_ch05_20220309122442.mp4 | |
| 32F | | | | | Video: Battle leaves Miami Police Depo_ch05_20220309123021.mp4 | |
| 33. | | | | | Video: Body Shop CCTV USA_691_a02_md_ch02_220309120725.mp4 | |
| 34. | | | | | Physical – Springfield Hellcat BA699460 3/9/22 | |
| 34A. | | | | | Physical – Springfield Hellcat – box 3/9/22 | |
| 34C. | | | | | USA_10235_Gonzalez-Roberto-20220222-023725 | |
| 34D. | | | | | Johnson Firearms – Business Records Cert | |
| 35. | | | | | Physical – FN 590 Pistol GKS0253056 3/9/22 | |
| 35A. | | | | | Physical - FNH 509 Pistol – box 3/9/22 | |
| 36. | | | | | UC Texts | |
| 37 | | | | | Audio USA_699_2022-03-09T11.53.51-05.00 .wav | |
| 37A. | | | | | Excerpt of USA_699_2022-03-09T11.53.51-05.00 - R01.wav | |
| 38A. | | | | | Hat Cam 3.9.22 Usa 863 Operation Kill Switch.005 - R01.mp4 | |
| 38B. | | | | | Hat Cam 3.9.22 Usa 864 Operation Kill Switch.006 - R01.mp4 | |
| 38B1 | | | | | Hat Cam 3.9.22_USA_864_Operation_Kill_Switch.006 - R02.mp4 | |
| 39. | | | | | Video - Surveillance Team Video-3.9.22 USA_856_.MOV | |
| 40. | | | | | Overhead Photograph of Miami Guns & Range | |
| 41. | | | | | Physical - Empty Gun Boxes from Residence | |
| 44. | | | | | Audio: USA_866_2022-03-23T12.25.30-04.00.wav | |
| 49. | | | | | Stills of UC videos | |
| 50. | | | | | Video: UC Cam 3.23.22_USA_871_2022-03-23T12.29.03-04.00.mp4 | |

| Presiding Judge:<br>Honorable Judge Beth Bloom | | | | | AUSAs:<br>Ignacio Vazquez<br>Hayden P. O'Byrne | Defendant's Attorney:<br>Simon Patrick Dray |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Elizabeth Gariazzo |
| 53. | | | | | Video: USA_882_Surveillance Team Video- Controlled Purchase- 03-23-22 - R01.mp4 | |
| 54. | | | | | Physical - Glock 43 BDXE834 3/23/22 | |
| 55. | | | | | 885_2022-05-03T12.23.52-04.00 - Copy.wav | |
| 60. | | | | | USA_899_2022-05-03T12.23.54-04.mp4 | |
| 62A. | | | | | Hat Cam USA 903_BATTLE_05-03-2022_BUY_WALK.008.avi | |
| 62B. | | | | | Hat Cam USA 902_BATTLE_05-03-2022_BUY_W | |
| 62C. | | | | | Hat Cam USA900_BATTLE_05-03-2022_BUY_WALK (1).avi | |
| 62D. | | | | | Hat Cam USA901_BATTLE_05-03-2022_BUY_WALK (2).avi | |
| 64 | | | | | USA_905_BATTLE and Alex May 3rd 2022 | |
| 65. | | | | | Physical - Glock Switch Unserialized | |
| 65A. | | | | | Combined Photos of Switch Installed on NFC Glock | |
| 65B. | | | | | IMG_6964 | |
| 65C. | | | | | IMG_6965 | |
| 65D. | | | | | IMG_6966 | |
| 65E. | | | | | IMG_6969 | |
| 65F. | | | | | IMG_6963 | |
| 65G. | | | | | IMG_6962 | |
| 65H. | | | | | IMG_6968 | |
| 65I. | | | | | IMG_6967 | |
| 65J. | | | | | Video of Switch.MOV | |
| 65K. | | | | | Diagram of Glock Switch | |
| 65L. | | | | | Patent for Glock Switch | |
| 66. | | | | | Physical - 9mm AK rifle RON2052293 | |
| 66A. | | | | | Physical - 9mm magazine | |
| 67. | | | | | Physical – Matrix AR Pistol SC55612448 | |
| 67A. | | | | | Physical - AR-15 mag | |
| 67B. | | | | | Physical - black gun case | |
| 68. | | | | | Physical - Canik Pistol T6472-21AT10580 | |
| 68A. | | | | | Physical - Hostler | |
| 69. | | | | | USA_885_2022-05-03T12.23.52-04.00.wav | |
| 80. | | | | | Composite – Folder of Documents found in car | |
| 81. | | | | | Composite - Tax Documents on iCloud | |
| 82. | | | | | Defendant's Wage and Hour Report certified copy | |
| 83A. | | | | | Physical - ZASTAVA PISTOL, MODEL: PAP M92 PV, CAL: 762, SN: M92PV045201 | |

| Presiding Judge:<br>Honorable Judge Beth Bloom | | | | | AUSAs:<br>Ignacio Vazquez<br>Hayden P. O'Byrne | Defendant's Attorney:<br>Simon Patrick Dray |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Elizabeth Gariazzo |
| 83B. | | | | | Physical - GLOCK GMBH PISTOL, MODEL: 23GEN4, CAL: 40, SN: TVB338 | |
| 83C. | | | | | Physical - GLOCK GMBH PISTOL, MODEL: 305, CAL: 45, SN: BTVB678 | |
| 83D. | | | | | Physical - GLOCK GMBH PISTOL, MODEL: 20GEN4, CAL: 10, SN: BSPU683 | |
| 83E. | | | | | Physical - GLOCK GMBH TYPE: PISTOL, MODEL: 19GEN5, CAL: 9, SN: BGUM397 | |
| 83F. | | | | | Physical - ROMARM/CUGIR PISTOL, MODEL: MICRO DRACO, CAL: 762, SN: PMD1516319RO | |
| 83G. | | | | | Physical - GLOCK GMBH PISTOL, MODEL: 19, CAL: 9, SN: BDLM560 | |
| 83H. | | | | | Physical - GLOCK GMBH PISTOL, MODEL: 22GEN5, CAL: 40, SN: BSRC445 | |
| 83I. | | | | | Physical - PALMETTO STATE ARMORY PISTOL, MODEL: PA-15, CAL: MULTI, SN: SCD767650 | |
| 83J. | | | | | Physical - GLOCK GMBH PISTOL, MODEL: 33GEN4, CAL: 357, SN: BSBZ192 | |
| 83K. | | | | | Physical - TAURUS REVOLVER, MODEL: THE JUDGE, CAL: 45/410, SN: 1<0190584 | |
| 83L. | | | | | Physical - HARRINGTON & RICHARDSON 1871 INC. SHOTGUN, MODEL: PARDNER, CAL: 12, SN: NZ679775 | |
| 83M. | | | | | Physical - HS PRODUKT (IM METAL) PISTOL, MODEL: HELLCAT PRO, CAL: 9, SN: 8B137730 | |
| 83N. | | | | | Physical - GLOCK GMBH PISTOL, MODEL: 21, CAL: 45, SN: BWEE455 | |
| 83O. | | | | | Physical - BEARMAN INDUSTRIES DERRINGER, MODEL: BBG22, CAL: 22, SN: BT033240 | |
| 84A. | | | | | Video: USA_686_Warning Conference ch01_20211012105758 - R01.mp4 | |
| 84B. | | | | | Video: USA_687_Warning Conference ch01_20211012123012 - R01.mp4 | |
| 84B1. | | | | | Video: USA_687_Warning Conference ch01_20211012123012 - R02.mp4 | |
| 84B1T. | | | | | Transcript of 84B1T – excerpt of warning conference | |
| 85A. | | | | | Photo: Gun Bag in Closet IMG_0213 | |
| 85C. | | | | | Photo: Shirt worn on 5/3/2022 | |
| 85B. | | | | | Photo: Gun Bag in Closet 2 IMG_0334 | |
| 85D. | | | | | Photo: Battle's Protection Shirt IMG_0335 | |
| 85E. | | | | | Photo: Mail to Battle in Closet IMG_0337 | |

| Presiding Judge:<br>Honorable Judge Beth Bloom | | | | | AUSAs:<br>Ignacio Vazquez<br>Hayden P. O'Byrne | Defendant's Attorney:<br>Simon Patrick Dray |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Elizabeth Gariazzo |
| 85F. | | | | | Photo: 3-day Notice to Battle_IMG_0285 | |
| 85G. | | | | | Photo: Gun Bag in Closet 3 IMG_0286 | |
| 85H. | | | | | Photo: Magazines in Gun Bag IMG_0287 | |
| 85I. | | | | | Photo: Magazines in Gun Bag 2 IMG_0288 | |
| 85J. | | | | | Photo: Gun Receipts in Closet IMG_338-341 | |
| 85K. | | | | | Photo: Draco in Gun Bag IMG_0290 | |
| 85L. | | | | | Photo: Draco in Gun Bag 2 IMG_0291 | |
| 85M. | | | | | Photo: AR Pistol in Gun Bag IMG_0293 | |
| 85N. | | | | | Photo: AR pistol in Gun Bag 3 IMG_0295 | |
| 850. | | | | | Photo: Shotgun in Gun Bag IMG_0296 | |
| 85P. | | | | | Photo: Empty Glock Boxes IMG_0274 | |
| 85Q. | | | | | Photo: Battles Protection Business Card_IMG_0281 | |
| 85R. | | | | | Photo: Punisher Glock in Closet IMG_0277 | |
| 85S. | | | | | Photo: Ammunition in closet IMG_0300 | |
| 85T. | | | | | Photo: Glock in pink room IMG_0208 | |
| 85U. | | | | | Photo: Glock on Table IMG_0271 | |
| 85V. | | | | | Photo: Glock on Table 2 IMG_0272 | |
| 85W. | | | | | Photo: Glock on Table 3 IMG_0273 | |
| 85Z. | | | | | Photo: All Firearms Seized IMG_1459 | |
| 86A. | | | | | Video: USA_682_PostMiranda Statement chan_01_20220810114838 - R01.mp4 | |
| 86B. | | | | | Video: USA_683_PostMiranda Statement chan_01_20220810142713 - R01.mp4 | |
| 86B1. | | | | | Video: USA_683_PostMiranda Statement chan_01_20220810142713 - R02.mp4 | |
| 86B1T | | | | | Transcript of excerpt of post-*Miranda* statement 86B1 | |
| 86B2. | | | | | Video: USA_683_PostMiranda Statement chan_01_20220810142713 - R03.mp4 | |
| 86B2T | | | | | Transcript of excerpt of post-*Miranda* statement 86B2 | |
| 86C. | | | | | Video: USA_684_PostMiranda Statement chan_01_20220810170249 - R01.mp4 | |
| 86D | | | | | Defendant's Miranda waiver form | |
| 87A. | | | | | Photo: Guns seized from Camaro IMG_0233 | |
| 87B. | | | | | Photo: Glock 19 BDLM560 w holster IMG_220-221.r2 | |
| 87C. | | | | | Photo: Glock BWEE455 with light IMG_0225 | |
| 87D. | | | | | Photo: Taurus Judge_IMG_0227 | |
| 87E. | | | | | Photo: Glock BGUM397 IMG_0222.r | |
| 87F. | | | | | Photo: Springfield Pistol IMG_0224.r | |
| 87G. | | | | | Photo: Battle ID Cards in Camaro IMG_0235 | |
| 87H. | | | | | Photo: Derringer in Camaro IMG_0237 | |

| Presiding Judge:<br>Honorable Judge Beth Bloom | | | | | AUSAs:<br>Ignacio Vazquez<br>Hayden P. O'Byrne | Defendant's Attorney:<br>Simon Patrick Dray |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Elizabeth Gariazzo |
| 87I. | | | | | Photo: Battle Mail in Vehicle IMG_0239 | |
| 87J. | | | | | Photo: Open arm rest in Camaro IMG_0240 | |
| 87K. | | | | | Photo: Trunk of Camaro IMG_0242 | |
| 87L. | | | | | Photo: Trunk of Camaro 2 IMG_0243 | |
| 87M. | | | | | Photo: Trunk of Camaro 3 IMG_0244 | |
| 87N. | | | | | Photo: Bag in Camaro IMG_0245 | |
| 87O. | | | | | Photo: Draco from Camaro IMG_0247 & 250.r | |
| 87P. | | | | | Photo: Glock 26 BSB7192 IMG_0232.r | |
| 87Q. | | | | | Photo: Glock in white stock from Camaro IMG_0251 | |
| 87R. | | | | | Photo: Glock in white stock and mags IMG_0252 | |
| 87S. | | | | | Photo: Tactical vests in Camaro IMG_0257 | |
| 87T. | | | | | Photo: Tactical vest in Camaro 2 IMG_0258 | |
| 87U. | | | | | Photo: Magazines from Camaro 2 IMG_0261 | |
| 87V. | | | | | Photo: CSC Arms Business Cards IMG_0262.r | |
| 87X. | | | | | Photo: Body worn camera IMG_0263r. | |
| 87Y. | | | | | Photo: Licenses in Camaro IMG_0264.r | |
| 87Z. | | | | | Photo: Security Badge in Camaro IMG_0266.r | |
| 88. | | | | | Warning Letter to Battle 3/11/22 | |
| 89. | | | | | Physical – Certificate of No License | |
| 91. | | | | | Composite 4473s AAA Pawnbrokers of N Miami | |
| 92 | | | | | Composite 4473s Florida Gun Center | |
| 93. | | | | | Composite 4473s General Pawn | |
| 94. | | | | | Composite 4473s Johnson Firearms | |
| 95A. | | | | | Composite 4473s Miami Police Depot | |
| 95B. | | | | | Miami Police Depo Inc.- A&D Book | |
| 95C. | | | | | Miami Guns and Range. – A&D Book | |
| 96. | | | | | Composite 4473s Shoot Straight | |
| 97. | | | | | Composite 4473s AB Pawn and Guns | |
| 98. | | | | | Composite 443s Lou's Police Distributors | |
| 99. | | | | | Composite 4473s and sales records - CSC Arms | |
| 99A. | | | | | CSC Arms A&D Book 3 | |
| 99C. | | | | | CSC Arms A&D Book 2 | |
| 99D. | | | | | CSC Arms A&D Book - Transfers | |
| 100. | | | | | Bills of Sales and records on iCloud | |
| 101A. | | | | | E.M. Texts | |
| 101B. | | | | | Bill of Sale to E.M. (Excerpt of 100) | |
| 101C. | | | | | Receipt for Taurus (Excerpt of 95A) | |
| 101D. | | | | | 4473 for Taurus ABG693042 (Excerpt of 95A) | |
| 101E. | | | | | Business Records Cert.pdf | |
| 102A. | | | | | C.T. Texts | |

| Presiding Judge:<br>Honorable Judge Beth Bloom | | | | | AUSAs:<br>Ignacio Vazquez<br>Hayden P. O'Byrne | Defendant's Attorney:<br>Simon Patrick Dray |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Elizabeth Gariazzo |
| 102B. | | | | | Receipt for Glock 19 and Glock 22 (Excerpt of 95A) | |
| 102C. | | | | | 4473 ASCV484 BFAW943 (Excerpt of 95A) | |
| 102D. | | | | | 4473 and Receipt NHV909 (Excerpt of 96) | |
| 102E. | | | | | 4473 3/20/20 purchases (Excerpt of 96) | |
| 102F. | | | | | Receipt 7/10/20 purchases (Excerpt of 95A) | |
| 102G. | | | | | 4473 for Glock 43 and 48 (Excerpt of 95A) | |
| 103A. | | | | | W.P. Texts | |
| 103B. | | | | | Bill of Sale W.P. to Defendant, Glock EHE194 (Excerpt of 100) | |
| 103C. | | | | | Bills of Sale W.P. to Defendant, KelTec FFXM23 (Excerpt of 100) | |
| 103D. | | | | | Bills of Sale W.P. to Defendant, S&W HWJ0994 (Excerpt of 100) | |
| 103E. | | | | | Bill of Sale W.P. to Defendant, Palmetto SCD767650 (Excerpt of 100) | |
| 105A. | | | | | J.D. Texts | |
| 105B. | | | | | Bill of Sale to J.D., Matrix AR, SN SC556-12218 (Excerpt of 100) | |
| 105C. | | | | | Bill of Sale to J.D., Glock BPCF902 (Excerpt of 100) | |
| 105D. | | | | | Receipt SC556-12218 (Excerpt of 95A) | |
| 105E. | | | | | 4473 Matrix SC556-12218 (Excerpt of 95A) | |
| 105F. | | | | | 4473 Glock BPCF902 (Excerpt of 95A) | |
| 105G. | | | | | PHYSICAL - Matrix SC556-12218 | |
| 106A. | | | | | A.G. Texts | |
| 106B. | | | | | Bills of Sale to A.G. (Excerpt of 100) | |
| 106C. | | | | | 4473 BUWF350 9.17.21 (Excerpt of 98) | |
| 107A. | | | | | D.B. Texts | |
| 107B. | | | | | Bills of Sale and Lou's Receipt (Excerpt of 80) | |
| 107C. | | | | | 4473 BNKE316 & BNKE317 (Excerpt of 80) | |
| 108A | | | | | N.P. Texts | |
| 109A. | | | | | Fort Lauderdale Texts | |
| 110A. | | | | | Miami FL Texts | |
| 111A. | | | | | Bernard Irizarry Texts | |
| 112A. | | | | | E.N. Texts | |