**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:22-CR-20352-BLOOM**

**UNITED STATES OF AMERICA,**

v.

**JOHNNY MATTHEW BATTLE, JR,**

Defendant.
_________________________________/

**RESPONSE IN OPPOSITION TO MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(2)**

Defendant moves for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Part B of Amendment 821 of the Sentencing Guidelines, which provides for the retroactive application of a two-level reduction for zero-point offenders (DE 121). As set forth below, Defendant is ineligible because he was sentenced after the enactment of Amendment 821.

## I. ANALYSIS

On November 17, 2023, this Court sentenced Defendant to 120 months' imprisonment for dealing in firearms without a license, in violation of 18 U.S.C. § 922(a)(1)(A); and illegal possession of a machinegun, in violation of 18 U.S.C. § 922(o)(1) (DE 117).

The zero-point offenders provision under Amendment 821 provides for the retroactive application of a two-level reduction from the offense level of defendants who did not receive criminal history points and whose instant offense did not involve specified aggravating factors. *See* U.S.S.G. § 4C1. The Amendment became effective on November 1, 2023, prior to Defendant's sentencing hearing. Thus, Defendant is ineligible for relief because he was sentenced after its enactment. Additionally, his offenses involved the trafficking of over 200 dangerous firearms.

Accordingly, this Court should deny his motion.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *<u>/s/Francesse Lucius Cheron</u>*
Francesse Lucius Cheron
Assistant United States Attorney
Florida Bar No. 111618
500 E. Broward Boulevard, Suite 700
Fort Lauderdale FL 33394
Tel. No. (786) 761-3144
E-Mail: Francesse.cheron@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 19, 2024, that this document was electronically filed with the Clerk of Court using CM/ECF, and certified mailed to:

**Johnny Matthew Battle, Jr**
Register Number: 07614-506
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, FL 33321

*/s/ Francesse Lucius Cheron*
Francesse Lucius Cheron
Assistant United States Attorney